# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:11–cv–00234–LPS

| | |
|---|---|
| Lupin Atlantis Holdings SA v. Apotex Inc. et al | Date Filed: 03/18/2011 |
| Assigned to: Judge Leonard P. Stark | Date Terminated: 06/07/2011 |
| Case in other court:   USDC/ED/PA, 10cv3897 | Jury Demand: None |
|                       USDC/WI, 11cv244 | Nature of Suit: 830 Patent |
|                       USDC/SD/NY, 11cv668 | Jurisdiction: Federal Question |
| Cause: 35:271 Patent Infringement | |

**Plaintiff**

**Lupin Atlantis Holdings SA**   represented by   **Dominick T. Gattuso**
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472–7311
Fax: (302) 472–7301
Email: dgattuso@proctorheyman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Apotex Inc.**   represented by   **William J. Burnett**
Flaster/Greenburg P.C.
913 Market St.
Suite 1001
Wilmington, DE 19801
(302) 351–1910
Email: william.burnett@flastergreenberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Apotex Corp.**   represented by   **William J. Burnett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ethypharm SA**   represented by   **Jennifer Tempesta**
Email: jennifer.tempesta@bakerbotts.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin W. Goldstein**
Stradley Ronon Stevens &Young, LLP

300 Delaware Avenue  
Suite 800  
Wilmington, DE 19801  
302−576−5851  
Email: kgoldstein@stradley.com  
*ATTORNEY TO BE NOTICED*

**Lisa B. Kole**  
Email: lisa.kole@bakerbotts.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Paul A Ragusa**  
Email: paul.ragusa@bakerbotts.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2011 | Ï 1 | COMPLAINT filed against Apotex Corp., Apotex Inc., Ethypharm SA − ( Filing fee $ 350, receipt number 0311−863160.) − filed by Lupin Atlantis Holdings SA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(els) (Entered: 03/21/2011) |
| 03/18/2011 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction (els) (Entered: 03/21/2011) |
| 03/18/2011 | Ï 3 | Supplemental information for patent cases involving an Abbreviated New Drug Application (ANDA) − Date Patentee(s) Received Notice: 2/18/11. Date of Expiration of Patent: 8/20/20, 8/8/20.Thirty Month Stay Deadline: 8/18/2013. (els) (Entered: 03/21/2011) |
| 03/18/2011 | Ï 4 | Disclosure Statement pursuant to Rule 7.1 filed by Lupin Atlantis Holdings SA identifying Corporate Parent Lupin Ltd. for Lupin Atlantis Holdings SA. (els) (Entered: 03/21/2011) |
| 03/21/2011 | Ï 5 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 7,101,574; 7,863,331;. (Gattuso, Dominick) (Entered: 03/21/2011) |
| 03/22/2011 | Ï | Summons Issued as to Apotex Corp. on 3/22/2011; Apotex Inc. on 3/22/2011; Ethypharm SA on 3/22/2011. (rwc) (Entered: 03/22/2011) |
| 03/22/2011 | Ï 6 | NOTICE of Filing of Motion for Transfer of Fenofibrate Patent Actions Pursuant to 28:1407 by Lupin Atlantis Holdings SA (Attachments: # 1 motion part 2, # 2 cover letter)(lid) (Entered: 03/22/2011) |
| 03/22/2011 | Ï 7 | SUMMONS Returned Executed by Lupin Atlantis Holdings SA. Apotex Corp. served on 3/22/2011, answer due 4/12/2011. (Gattuso, Dominick) (Entered: 03/22/2011) |
| 03/25/2011 | Ï 8 | WAIVER OF SERVICE returned executed by Lupin Atlantis Holdings SA: For Ethypharm SA waiver sent on 3/24/2011, answer due 5/23/2011. (Gattuso, Dominick) (Entered: 03/25/2011) |
| 03/30/2011 | Ï | Case Assigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. (rjb) (Entered: 03/30/2011) |
| 04/07/2011 | Ï 9 | NOTICE of Appearance by Kevin W. Goldstein on behalf of Ethypharm SA (Goldstein, Kevin) (Entered: 04/07/2011) |
| 04/07/2011 | Ï 10 | MOTION for Pro Hac Vice Appearance of Attorney Paul A. Ragusa − filed by Ethypharm SA. |

| | | |
|---|---|---|
| | | (Goldstein, Kevin) (Entered: 04/07/2011) |
| 04/07/2011 | 11 | MOTION for Pro Hac Vice Appearance of Attorney Lisa Kole – filed by Ethypharm SA. (Goldstein, Kevin) (Entered: 04/07/2011) |
| 04/07/2011 | 12 | MOTION for Pro Hac Vice Appearance of Attorney Jennifer C. Tempesta – filed by Ethypharm SA. (Goldstein, Kevin) (Entered: 04/07/2011) |
| 04/08/2011 | Ï | SO ORDERED, re 10 MOTION for Pro Hac Vice Appearance of Attorney Paul A. Ragusa filed by Ethypharm SA, 11 MOTION for Pro Hac Vice Appearance of Attorney Lisa Kole filed by Ethypharm SA, 12 MOTION for Pro Hac Vice Appearance of Attorney Jennifer C. Tempesta filed by Ethypharm SA. Signed by Judge Leonard P. Stark on 4/8/11. (ntl) (Entered: 04/08/2011) |
| 04/12/2011 | 13 | WAIVER OF SERVICE returned executed by Lupin Atlantis Holdings SA: For Apotex Inc. waiver sent on 4/6/2011, answer due 6/6/2011. (Gattuso, Dominick) (Entered: 04/12/2011) |
| 04/14/2011 | 14 | Disclosure Statement pursuant to Rule 7.1 filed by Ethypharm SA. (Goldstein, Kevin) (Entered: 04/14/2011) |
| 04/20/2011 | 15 | NOTICE of Appearance by William J. Burnett on behalf of Apotex Corp., Apotex Inc. (Burnett, William) (Entered: 04/20/2011) |
| 04/20/2011 | 16 | STIPULATION TO EXTEND TIME to Answer Complaint to June 6, 2011 – filed by Apotex Corp.. (Burnett, William) (Entered: 04/20/2011) |
| 04/20/2011 | Ï | SO ORDERED, re 16 STIPULATION TO EXTEND TIME to Answer Complaint to June 6, 2011 filed by Apotex Corp., Reset Answer Deadline: Apotex Corp. answer due 6/6/2011. Signed by Judge Leonard P. Stark on 4/20/11. (ntl) (Entered: 04/21/2011) |
| 04/21/2011 | Ï | Pro Hac Vice Attorney Lisa B. Kole,Jennifer Tempesta,Paul A Ragusa for Ethypharm SA added for electronic noticing. (dmp, ) (Entered: 04/21/2011) |
| 05/03/2011 | 17 | MOTION for Pro Hac Vice Appearance of Attorney STEVEN E. FELDMAN – filed by Apotex Corp., Apotex Inc.. (Burnett, William) (Entered: 05/03/2011) |
| 05/03/2011 | 18 | MOTION for Pro Hac Vice Appearance of Attorney SHERRY L. ROLLO – filed by Apotex Corp., Apotex Inc.. (Burnett, William) (Entered: 05/03/2011) |
| 05/04/2011 | 19 | MOTION for Pro Hac Vice Appearance of Attorney JEFFREY A. COHEN – filed by Apotex Corp., Apotex Inc.. (Burnett, William) (Entered: 05/04/2011) |
| 05/04/2011 | Ï | SO ORDERED, re 18 MOTION for Pro Hac Vice Appearance of Attorney SHERRY L. ROLLO filed by Apotex Inc., Apotex Corp., 17 MOTION for Pro Hac Vice Appearance of Attorney STEVEN E. FELDMAN filed by Apotex Inc., Apotex Corp. Signed by Judge Leonard P. Stark on 5/4/11. (ntl) (Entered: 05/04/2011) |
| 05/05/2011 | Ï | SO ORDERED, re 19 MOTION for Pro Hac Vice Appearance of Attorney JEFFREY A. COHEN filed by Apotex Inc., Apotex Corp. Signed by Judge Leonard P. Stark on 5/5/11. (ntl) (Entered: 05/05/2011) |
| 05/23/2011 | 20 | ANSWER to 1 Complaint *of Plaintiff Lupin Atlantis Holdings SA,* by Ethypharm SA.(Goldstein, Kevin) (Entered: 05/23/2011) |
| 06/07/2011 | 21 | TRANSFER ORDER (certified copy) in MDL No. 2241 – In Re: Fenofibrate Patent Litigation transferred to the Southern District of New York. (ntl) (Entered: 06/07/2011) |
| 06/07/2011 | Ï | Case transferred electronically to Southern District of New York. (ntl) (Entered: 06/07/2011) |