UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
: ECF Case
:
:
In re FENOFIBRATE PATENT LITIGATION : No. 1:11-md-02241 (JSR)
:
:
:
:
:
:
------------------------------------- X

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to the schedule established during the joint conference call with the Court on June 1, 2011, Plaintiff Lupin Atlantis Holdings S.A. ("LAH"), Plaintiff/Defendant Ethypharm S.A. ("Ethypharm"), and Defendants Paddock Laboratories, Inc., Cerovene, Inc., Mylan Inc., Mylan Pharmaceuticals, Inc., Ranbaxy Laboratories Limited, Ranbaxy Inc., Ranbaxy Pharmaceuticals, Inc., Apotex, Inc. and Apotex Corp. (collectively "Defendants"), by and through their attorneys, hereby set forth, in Exhibit A, each claim term, phrase, or clause in U.S. Patent No. 7,101,574 ("the '574 patent") and U.S. Patent No. 7,863,331 ("the '331 patent") that such party contends requires construction by the Court and each party's proposed construction of said claim terms, as well as definitions of claim terms on which the parties have reached agreement.

The parties agree that there will not be a need to present any expert testimony at the claim construction hearing set for August 1, 2011.

The '574 patent has 34 claims, two of which are independent claims, claims 1 and 19. The remaining dependent claims add additional limitations to those independent claims. The two independent claims are set forth below with the terms or phrases requested to be construed underlined:

1. A <u>pharmaceutical composition</u> in the form of <u>granules</u>, wherein <u>each granule</u> comprises a <u>neutral microgranule</u> on which is a composition comprising: <u>micronized fenofibrate</u>, a <u>surfactant</u>, and a <u>binding cellulose derivative as a solubilization adjuvant</u>, and
   <u>wherein said fenofibrate is present in an amount greater than or equal to 60% by weight, relative to the weight of said pharmaceutical composition</u>, and further <u>wherein said binding cellulose derivative represents between 2 to 15% by weight, relative to the weight of said pharmaceutical composition</u>.

19. A <u>pharmaceutical composition</u> in the form of <u>granules</u>, wherein <u>each granule</u> comprises a <u>neutral microgranule</u> on which is a composition comprising: <u>micronized fenofibrate</u>, a <u>surfactant</u>, and a <u>binding cellulose derivative as a solubilization agent</u>, <u>wherein the mass ratio of said fenofibrate to said binding cellulose derivative is between 5/1 and 15/1</u>.

The '331 patent has 4 claims, of which claim 1 is the sole independent claim. The remaining dependent claims add additional limitations to claim 1. Claim 1 is set forth below with the terms or phrases requested to be construed underlined:

1. A method of reducing food effect when treating hypertriglyceridemias and/or hypercholesterolemias and/or hyperlipidemias in a patient in need thereof comprising administering to said patient a therapeutically effective amount of a <u>pharmaceutical composition</u> comprising <u>micronized fenofibrate</u>, a <u>surfactant</u> and <u>hydroxypropylmethylcellulose</u>, wherein said composition is in the form of <u>granules</u> comprising:

   (a) a <u>neutral core</u>; and

   (b) an <u>active layer</u>, surrounding the <u>neutral core</u>;

  wherein said <u>neutral core</u> comprises a <u>sugar</u> or a sugar mixed with starch; said <u>active layer</u> comprises the <u>micronized fenofibrate</u>, the <u>surfactant</u>, and the binding cellulose derivative; and <u>wherein the mass ratio of said fenofibrate to said hydroxypropylmethylcellulose is between 5/1 and 15/1</u>, and <u>said hydroxypropylmethylcellulose represents between 5 and 12% by weight of the composition</u>.

# EXHIBIT A

## Claim Terms of The '574 Patent To Be Construed By The Court

| Claim Term | LAH's/Ethypharm's Proposed Construction | Defendants' Proposed Construction |
| --- | --- | --- |
| pharmaceutical composition | LAH and Ethypharm do not believe that any construction is required; however, if deemed necessary, LAH and Ethypharm propose the following:<br><br>a composition which is suitable for pharmaceutical use | all of the active and inactive ingredients in the final dosage form |
| said pharmaceutical composition | LAH and Ethypharm do not believe that any additional construction is required; however, if deemed necessary, LAH and Ethypharm propose the following:<br><br>the pharmaceutical composition in the form of granules, wherein <u>each granule</u> comprises a <u>neutral microgranule</u> on which is a composition comprising: <u>micronized fenofibrate</u>, a <u>surfactant</u>, and a <u>binding cellulose derivative as a solubilization adjuvant/agent</u>*<br><br>*the underlined disputed terms are understood to incorporate LAH's/Ethypharm's proposed constructions as outlined below | all of the active and inactive ingredients in the final dosage form |

| granules | Neutral microgranules on which there is a mixture of micronized fenofibrate, a surfactant, and a binding cellulose derivative as a solubilization adjuvant/agent | many discrete granules |
|---|---|---|
| granule | Neutral microgranule on which there is a mixture of micronized fenofibrate, a surfactant, and a binding cellulose derivative as a solubilization adjuvant/agent | neutral microgranule on which is sprayed a suspension of micronized fenofibrate, a surfactant, and a binding cellulose derivative as a solubilization adjuvant/agent |
| each granule | No additional construction necessary | each and every granule in the pharmaceutical composition contains all the required ingredients |
| neutral microgranule | A therapeutically neutral substrate or region of a substrate | sugar or sugar mixed with starch particle having a size of between 200 and 1,000 microns and containing no fenofibrate |
| surfactant | A substance that lowers the surface tension of water | **One or more defendants propose the following construction:** a water-soluble substance, that when present in a sufficient amount and under appropriate conditions, increases the bioavailability of fenofibrate, and does not include anti-foaming agents such as simethicone<br><br>**One or more defendants propose the following construction:** a water-dispersible amphiphilic organic compound that when present in a sufficient amount and under appropriate conditions, reduces the surface tension of water, and does not include anti-foaming agents such as simethicone |

| binding cellulose derivative as a solubilization adjuvant/agent | A cellulose-based polymer in said pharmaceutical composition that binds the micronized fenofibrate to the neutral microgranule and increases the micronized fenofibrate's solubility and/or rate of solubilization | any and all water-soluble cellulose-based polymer, such as HPMC, in the pharmaceutical composition that is capable of binding micronized fenofibrate to the neutral microgranule and increasing the micronized fenofibrate's solubility or rate of solubilization |
|---|---|---|
| micronized fenofibrate | Fenofibrate that has a smaller particle size than non-micronized fenofibrate such that it exhibits enhanced solubility and/or rate of solubilization when compared to non-micronized fenofibrate | fenofibrate particles of a size less than 15 microns free of other ingredients when micronized, and present in an aqueous suspension with one or more other ingredients when coated on the neutral core or neutral microgranule |
| wherein said fenofibrate is present in an amount greater than or equal to 60% by weight, relative to the weight of said pharmaceutical composition | weight of said micronized fenofibrate in said pharmaceutical composition divided by the weight of said pharmaceutical composition times 100 must be greater than or equal to 60[1] | weight of all of the micronized fenofibrate in the pharmaceutical composition divided by the weight of the pharmaceutical composition times 100 must be greater than or equal to 60 |
| wherein said binding cellulose derivative represents between 2 to 15% by weight, relative to the weight of said pharmaceutical composition | weight of said binding cellulose derivative as a solubilization adjuvant/agent in said pharmaceutical composition divided by the weight of said pharmaceutical composition times 100 is between 2 to 15[2] | weight of all of the binding cellulose derivative in the pharmaceutical composition divided by the weight of the pharmaceutical composition times 100 is between 2 to 15 |

---

[1] Lupin Atlantis and Ethypharm propose this definition with the understanding that it inherently incorporates their proposed construction of the terms "micronized fenofibrate" and "said pharmaceutical composition."

[2] Lupin Atlantis and Ethypharm propose this definition with the understanding that it inherently incorporates their proposed construction of the claim terms "binding cellulose derivative as a solubilization adjuvant/agent" and "said pharmaceutical composition."

| | | |
|---|---|---|
| wherein the mass ratio of said fenofibrate to said binding cellulose derivative is between 5/1 and 15/1 | weight of said micronized fenofibrate in said pharmaceutical composition divided by the weight of binding cellulose derivative as a solubilization adjuvant/agent is between 5 and 15[3] | weight of all of the micronized fenofibrate divided by the weight of all of the binding cellulose derivative is between 5 and 15 |

---

[3] Lupin Atlantis and Ethypharm propose this definition with the understanding that it inherently incorporates their proposed construction of the claim terms "micronized fenofibrate" and "binding cellulose derivative as a solubilization adjuvant/agent."

**Claim Terms of the '331 Patent To Be Construed By The Court**

| Claim Term | LAH's/Ethypharm's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| pharmaceutical composition | LAH and Ethypharm do not believe that any construction is required; however, if deemed necessary, LAH and Ethypharm propose the following:<br><br>a composition which is suitable for pharmaceutical use | all of the active and inactive ingredients in the final dosage form |
| the composition | LAH and Ethypharm do not believe that any additional construction is required; however, if deemed necessary, LAH and Ethypharm propose the following:<br><br>the pharmaceutical composition comprising <u>micronized fenofibrate</u>, a <u>surfactant</u> and <u>hydroxypropylmethylcellulose</u>, wherein said composition is in the form of <u>granules</u> comprising: (a) a <u>neutral core</u>; and (b) an <u>active layer</u>*<br><br>*the underlined disputed terms are understood to incorporate LAH's/Ethypharm's proposed constructions as outlined below | all of the active and inactive ingredients in the final dosage form |
| granules | Neutral cores on which there is micronized fenofibrate | many discrete granules |

| | | |
|---|---|---|
| surfactant | A substance that lowers the surface tension of water | **One or more defendants propose the following construction:** a water-soluble substance, that when present in a sufficient amount and under appropriate conditions, increases the bioavailability of fenofibrate, and does not include anti-foaming agents such as simethicone<br><br>**One or more defendants propose the following construction:** a water-dispersible amphiphilic organic compound that when present in a sufficient amount and under appropriate conditions, reduces the surface tension of water, and does not include anti-foaming agents such as simethicone |
| hydroxypropylmethylcellulose | A cellulose hydroxypropylmethyl ether that acts to bind the micronized fenofibrate to the neutral core and increases the micronized fenofibrate's solubility and/or rate of solubilization | the total of any and all grades of HPMC in the pharmaceutical composition |
| neutral core | A pharmaceutically neutral substrate to which active layer can be applied | same as neutral microgranule |
| active layer | A mixture of micronized fenofibrate, a surfactant, and hydroxypropylmethylcellulose | layer comprised of micronized fenofibrate, surfactant, and binding cellulose derivative sprayed on the outside of the neutral core |
| sugar | Lactose, mannitol, sucrose or other pharmaceutically acceptable monosaccharide or other lower oligosaccharide | lactose, mannitol, sucrose or other pharmaceutically acceptable monosaccharide or other lower oligosaccharide; not a starch or other polysaccharide |

| | | |
|---|---|---|
| micronized fenofibrate | Fenofibrate that has a smaller particle size than non-micronized fenofibrate such that it exhibits enhanced solubility and/or rate of solubilization when compared to non-micronized fenofibrate | fenofibrate particles of a size less than 15 microns free of other ingredients when micronized, and present in an aqueous suspension with one or more other ingredients when coated on the neutral core or neutral microgranule |
| wherein the mass ratio of said fenofibrate to said hydroxypropylmethylcellulose is between 5/1 and 15/1 | weight of said micronized fenofibrate in the composition divided by the weight of said hydroxypropylmethylcellulose in the composition is between 5 and 15[4] | weight of all of the micronized fenofibrate divided by the weight of all of the hydroxypropylmethylcellulose is between 5 and 15 |
| said hydroxypropylmethylcellulose represents between 5 and 12% by weight of the composition | weight of said hydroxypropylmethylcellulose in the composition divided by the weight of the composition times 100 is between 5 to 12[5] | weight of all of the hydroxypropylmethylcellulose in the pharmaceutical composition divided by the weight of the pharmaceutical composition times 100 is between 5 and 12 |

**Claim Terms Having a Definition To Which the Parties Have Agreed**

| Claim Term | Agreed Definition |
|---|---|
| binding cellulose derivative | hydroxypropylmethylcellulose[6] |

---

[4] Lupin Atlantis and Ethypharm propose this definition with the understanding that it inherently incorporates their proposed construction of the claim terms "micronized fenofibrate," "the composition" and "hydroxypropylmethylcellulose."

[5] Lupin Atlantis and Ethypharm propose this definition with the understanding that it inherently incorporates their proposed construction of the claim terms "hydroxypropylmethylcellulose" and "the composition."

[6] To the extent the Court determines this term is capable of construction, Defendants do not propose a different construction. Defendants reserve their right to argue that this term lacks antecedent basis and renders the claim indefinite under 35 U.S.C. 112.

Dated:  June 15, 2011

| | |
|---|---|
| By:   /s/ Robert F. Green<br><br>Robert F. Green<br>Christopher T. Griffith<br>Kate M. Lesciotto<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza, Suite 4900<br>180 North Stetson<br>Chicago, Illinois  60601<br>Telephone:     (312) 616-5600<br>Facsimile:      (312) 616-5700<br>rgreen@leydig.com<br>cgriffith@leydig.com<br>klesciotto@leydig.com<br><br>Jamaica P. Szeliga<br>LEYDIG, VOIT & MAYER, LTD.<br>700 Thirteenth Street, Suite 300<br>Washington, DC 20005-3960<br>Telephone:     (240) 380-1870<br>Facsimile:      (202) 737-6776<br>jszeliga@leydig.com<br><br>*Attorneys for Plaintiff*<br>*Lupin Atlantis Holdings S.A.* | By:    /s/ Brian P. O'Shaughnessy<br><br>Brian P. O'Shaughnessy<br>BUCHANAN INGERSOLL & ROONEY<br>1737 King Street, Suite 500<br>Alexandria, Virginia 22314<br>Telephone:   (703) 838-6620<br>Facsimile:         (703) 838-2021<br>brian.oshaughnessy@bipc.com<br><br>*Attorney for Plaintiff/Defendant*<br>*Ethypharm S.A.* |
| By:   /s/ Paul A. Ragusa<br><br>Paul A. Ragusa<br>Jennifer C. Tempesta<br>Lisa B. Kole<br>BAKER BOTTS, LLP<br>30 Rockefeller Plaza<br>New York, NY 10012<br>Telephone:  (212) 408-2500<br>Facsimile:  (212) 405-2501<br>paul.ragusa@bakerbotts.com<br>lisa.kole@bakerbotts.com<br>jennifer.tempesta@bakerbotts.com<br><br>*Attorneys for Plaintiff/Defendant*<br>*Ethypharm S.A.* | By:   /s/ Sherry L. Rollo<br><br>Steven E. Feldman<br>Sherry L. Rollo<br>HUSCH BLACKWELL LLP<br>120 South Riverside Plaza<br>Suite 2200<br>Chicago, Illinois 60606<br>Tel:  (312) 526-1500<br>Fax:  (312) 655-1501<br>steven.feldman@huschblackwell.com<br>sherry.rollo@huschblackwell.com<br><br>*Attorneys for Apotex, Inc. and Apotex Corp.* |

| | |
|---|---|
| By: /s/ Benjamin A. Katzenellenbogen<br><br>D.A. Duggar<br>William R. Zimmerman<br>KNOBBE MARTENS OLSON & BEAR LLP<br>1717 Pennsylvania Ave, Ste 900<br>Washington, D.C. 20006<br>Tel: (202) 640-6400<br>Fax: (202) 640-6401<br>da.duggar@kmob.com<br>bzimmerman@kmob.com<br><br>Benjamin A. Katzenellenbogen<br>Darrell L. Olson<br>KNOBBE MARTENS OLSON & BEAR LLP<br>2040 Main Street Fourteenth Floor<br>Irvine, CA 92614<br>Tel: (949) 760-0404<br>Fax: (949)760-9502<br>bkatzenellenbogen@kmob.com<br>dolson@kmob.com<br><br>Colin B. Heideman, Esq.<br>KNOBBE MARTENS OLSON & BEAR LLP<br>1420 Fifth Ave, Ste 3600<br>Seattle, WA 98101<br>Tel: (206) 405-2000<br>Fax: (206) 405-20001<br>colin.heideman@kmob.com<br><br>*Attorneys for Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc.* | By: /s/ Charles B. Klein<br><br>Charles B. Klein<br>John K. Hsu<br>WINSTON & STRAWN LLP<br>1700 K Street NW<br>Washington, D.C. 20006<br>Tel: (202) 282-5000<br>Fax: (202) 282-5100<br>cklein@winston.com<br><br>Joel M. Wallace<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 588-5600<br>Fax: (312) 588-5700<br>jwallace@winston.com<br><br>*Attorneys for Paddock Laboratories, Inc. and Cerovene, Inc.* |

| | |
|---|---|
| By:    / s/ Natalie C. Clayton<br><br>Thomas J. Parker<br>Natalie C. Clayton<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel:  (212) 210-9000<br>Fax:  (212) 210-9444<br>Thomas.parker@alston.com<br>Natalie.clayton@alston.com<br><br><br>James H. Wallace Jr.<br>Mark A. Pacella<br>Adrienne G. Johnson<br>WILEY REIN LLP<br>1776 K Street NW<br>Washington, D.C. 20006<br>Tel:  (202) 719-7000<br>Fax:  (202) 719-7049<br>jwallace@wileyrein.com<br>mpacella@wileyrein.com<br>ajohnson@wileyrein.com<br><br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals, Inc.* | |